**STATE of Missouri, Respondent,**

v.

**Steven C. BOTTS, Appellant.**

**No. WD 63220.**

Missouri Court of Appeals,
Western District.

March 1, 2005.

Margaret M. Johnston, Public Defender Office, Columbia for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Karen L. Kramer, Office of Attorney General, Jefferson City, for Respondent.

Before EDWIN H. SMITH, Chief Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Steven C. Botts appeals his conviction of the Class A felony of sale of a controlled substance near schools, Section 195.214, RSMo 2000. He contends that the trial court abused its discretion in overruling his objection to the State's cross-examination of a defense witness concerning her involvement in the creation of a pornographic videotape at the behest of the

undercover officer who testified in the case.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. The parties, however, have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).